UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAM NEIL SISK,

               Plaintiff,

   v.

STATE OF WASHINGTON, *et al.*,

               Defendants.

Case No. C23-498-LK-MLP

REPORT AND RECOMMENDATION

      This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Adam Sisk previously presented to this Court for filing a prisoner civil rights complaint and an application to proceed *in forma pauperis* ("IFP"). (*See* dkt. ## 1, 1-1.) Plaintiff's complaint alleged claims against the State of Washington, the Department of Social and Health Services, and Western State Hospital pertaining to criminal charges pending against him in King County Superior Court. (*See* dkt. # 1-1.)

      On April 12, 2023, this Court declined to serve Plaintiff's complaint due to several deficiencies, specifically that Plaintiff had failed to name a viable defendant and that abstention under *Younger v. Harris*, 401 U.S. 37 (1971) appeared to apply to Plaintiff's speedy trial claim. (Dkt. # 5 at 4-5.) This Court granted Plaintiff leave to amend his complaint within 30 days of the

REPORT AND RECOMMENDATION - 1

Court's Order, and advised him that failure to file an amended pleading would result in a recommendation that this action be dismissed. (*Id.* at 6.)

To date, Plaintiff has failed to file an amended complaint correcting the deficiencies identified in the Court's previous Order. Mail addressed to Plaintiff was returned as undeliverable, and it appears Plaintiff is no longer incarcerated. (Dkt. ## 6-7; *see also* https://dajd-jms.powerappsportals.us/public/subject-lookup/ (last accessed May 15, 2023) (indicating Plaintiff was released from the King County Jail on April 4, 2023.) Plaintiff has not provided the Court with an updated address.

It therefore appears Plaintiff has elected not to proceed with this action. When a complaint fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court may dismiss an IFP complaint before service of process under 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff failed to state any viable claim for relief in his original pleading, and because he has not filed an amended complaint correcting the deficiencies identified by the Court, this action should be dismissed.

Accordingly, the Court recommends that Plaintiff's complaint (dkt. # 4) and this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed

REPORT AND RECOMMENDATION - 2

within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 9, 2023**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable Lauren King.

DATED this 15th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3