UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM NEIL SISK,<br><br>                Plaintiff,<br>   v.<br><br>STATE OF WASHINGTON et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-00498-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Michelle L. Peterson, recommending dismissal without prejudice of pro se Plaintiff Adam Sisk's complaint filed under 42 U.S.C. § 1983. Dkt. No. 8; *see* Dkt. No. 4 (complaint). Mr. Sisk, who is proceeding *in forma pauperis*, has not filed any objections to the R&R. Indeed, the record indicates that he was released from King County Jail on April 4, 2023, and has since failed to update his mailing address in contravention of Local Civil Rule 41(b)(2). *See* Dkt. No. 8 at 2; Dkt. Nos. 6–7, 9. Mr. Sisk has also failed to timely file an amended complaint curing his deficient pleadings in accordance with Judge Peterson's April 12, 2023 Order. Dkt. No. 5 at 6.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Court reviews findings and recommendations "*if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis original) ("Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Having reviewed the R&R and the remainder of the record, and in the absence of any objections by Mr. Sisk, the Court hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 8.
2. This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).
3. The Clerk is directed to send copies of this Order to Mr. Sisk at his last known address and to Judge Peterson.

Dated this 9th day of June, 2023.

*Lauren King*
Lauren King
United States District Judge